Maria Elubina RAMOS; Nuria Marisela Umana Ramos, Petitioners,

v.

Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.

No. 09–2565.

United States Court of Appeals, Eighth Circuit.

Submitted: March 29, 2010.

Filed: April 2, 2010.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.·

Guatemalan citizens Maria Ramos and her daughter Nuria Ramos petition for review of an order of the Board of Immigration Appeals, which affirmed an immigration judge's denial of asylum, withholding of removal, and relief under the Convention Against Torture.[1] We conclude that the denial of asylum and related relief was supported by substantial evidence on the record as a whole, see

1. Petitioners do not challenge the denial of cancellation of removal.

Samedov v. Gonzales, 422 F.3d 704, 706–09 (8th Cir.2005) (standard of review), and we see no indication in the record that petitioners' due process rights were violated, see Flores v. Ashcroft, 354 F.3d 727, 729–30 (8th Cir.2003) (de novo standard of review).

Accordingly, we deny the petition for review.